**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| V. : | **CRIMINAL NO. 14-cr-529 TDC** |
| : | |
| : | |
| **VADIM MIKERIN** : | |

...oooOooo...

# LINE

Madam Clerk:

Please enter the appearance of Meghan Leibold as counsel for the government for all purposes in the above-captioned case.

                                       Respectfully submitted,

                                       Rod Rosenstein
                                       United States Attorney

By: _____/s/_____
           Meghan A. Leibold
           Special Assistant United States Attorney
           United States Attorney's Office of Maryland
           (301) 344-4109